

**NUMBERS 13-03-00217-CR**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

GABRIEL RAMOS,                                                          **Appellant,**

**v.**

THE STATE OF TEXAS,                                                    **Appellee.**

---

### On appeal from the 347th District Court
### of Nueces County, Texas.

---

# ORDER
# On Motion to Withdraw Record

**Before Chief Justice Contreras and Justices Longoria, and Tijerina**
**Order Per Curiam**

The mandate in the above cause has been issued. The Honorable Danice L. Obregon, filed a motion to withdraw the record in the above-referenced cause. Having considered the motion, the Court is of the opinion that the motion should be granted. The motion is hereby GRANTED WITH ORDER.

The record, consisting of the clerk's record (2 volumes) has been checked out to the Honorable Danice L. Obregon on this date. Accordingly, the Honorable Danice L. Obregon is hereby ORDERED to return the record in cause number 13-03-00217-CR to this Court on or before June 1, 2021, or, if the Honorable Danice L. Obregon is unable to return the record at that time, to file a response and motion in this Court by notifying this Court of the status of the case and requesting a further extension on the return of the record.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
24th day of March, 2021.

2